FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:13-MJ-00471 |
| Antonio Torres | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _September 13_____, _2013_____, at _3:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Oswald Parada_____, in Courtroom _3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _9-11-13_____

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge